FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2021 AUG -4 PM 2:06

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　CASE NO. 3:21-cr-77-TJC-JRK
　　　　　　　　　　　　　　　　18 U.S.C. §§ 1951(a), (b) & 2

BRITTANY COOPER

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

1. At all times material to this Indictment, 777 Arcade, located at 2465 New Berlin Road, Jacksonville, Florida, 32218, was an entity that operated in and affected interstate commerce.

2. On or about May 24, 2019, in the Middle District of Florida, and elsewhere, the defendant,

BRITTANY COOPER,

did knowingly, in any way and degree, obstruct, delay, and affect commerce as that term is defined in 18 U.S.C. § 1951(b)(3), and the movement of any article and commodity in such commerce, by robbery and aiding and abetting robbery, as that term is defined in 18 U.S.C. § 1951(b)(1), that is, by knowingly and unlawfully taking and obtaining personal property consisting of United States currency of 777 Arcade, from the person and in the presence

1

of another, that is, an employee of 777 Arcade, against the employee's will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person.

In violation of 18 U.S.C. §§ 1951(a) and (b), and 2.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to provisions of 18 U.S.C. § 981(a)(1)(C), 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction for a violation of 18 U.S.C. § 1951, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

*[signature]*
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: *[signature]*
David B. Mesrobian
Assistant United States Attorney

By: *[signature]*
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

3

FORM OBD-34
8/2/21 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

BRITTANY COOPER

INDICTMENT

Violations:   18 U.S.C. §§ 1951(a), (b), and 2

A true bill,

_____
Foreperson

Filed in open court this _4th_ day

of August, 2021.

_Megan O. Chaddock_____
Clerk

Bail   $_____

GPO 863 525